MUSE v. BRITT

No. 392P96

Case below: 123 N.C. App. 357

Petition by petitioner (Muse) for discretionary review pursuant to G.S. 7A-31 denied 10 October 1996.

N .C. STEEL v. NATIONAL COUNCIL ON COMPENSATION INS.

No. 317PA96

Case below: 123 N.C. App. 163

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 11 September 1996.

PRESBYTERIAN-ORTHOPAEDIC HOSP. v.
N.C. DEPT. OF HUMAN RESOURCES

No. 329PA96

Case below: 122 N.C. App. 529

Petition by intervenor-respondent (Mercy Hospital) for discretionary review pursuant to G.S. 7A-31 allowed 10 October 1996. Petition by intervenor-respondent (Stanly Memorial Hospital for writ of supersedeas allowed 10 October 1996. Petition by intervenor-respondent (Stanly Memorial Hospital) for discretionary review pursuant to G.S. 7A-31 allowed 10 October 1996. Alternative motion by intervenor-respondent (Stanly Memorial Hospital) to vacate decision and dismiss appeal denied 10 October 1996.

RHONEY v. KISER

No. 382P96

Case below: 123 N.C. App. 357

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 10 October 1996.

SOTELO v. DREW

No. 398A96

Case below: 123 N.C. App. 464

Motion by defendant to dismiss appeal denied 10 October 1996.